**David Alan SMITH, Petitioner–Appellant,**

v.

**Derek TAYLOR, Respondent–Appellee.**

No. 06–16033.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

David Alan Smith, Julian, CA, pro se.

Appeal from the United States District Court for the Northern District of Califor-

nia Phyllis J. Hamilton, District Judge, Presiding.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

MEMORANDUM **

Appellant's motion for summary reversal of the district court's December 6, 2005 judgment is granted. *See* 9th Cir. R. 3–6(a); *Schardt v. Payne*, 414 F.3d 1025, 1038 (9th Cir.2005); *United States v. Sanchez–Cervantes*, 282 F.3d 664, 665 (9th Cir. 2002). This case is remanded to the district court for further consideration.

All pending motions are denied as moot.

**REVERSED and REMANDED.**

**Maria Sonia Mondragon HERRERA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–77385.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Maria Sonia Mondragon Herrera, Santa Maria, CA, pro se.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

### MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard); *see also* 8 C.F.R. § 1003.2(c)(3)(iii) (providing for an exception to the time and numerical limitations on motions to reopen only upon evidence of changed circumstances that could not have been presented at a previous hearing). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

---

**Nehemias Edmundo Ramirez RICARDO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–76925.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

---

cation and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).